UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

P & O NEDLLOYD, LTD.,          :

      Plaintiff,          :
                               Civil Action No. 03-5648(JWB)

v.          :

                               **A M E N D E D   O R D E R**

SAS OVERSEAS d/b/a          :
SAS LIVING CORP.,

                   :

      Defendant.

                 :

It is on this 27th day of May, 2005,

**ORDERED** that the Court's Order dated April 20, 2005 be, and it hereby is amended, to read in its entirety as follows:

    This matter having come before the Court on plaintiff's motion to strike defendant's Answer to the Complaint and enter judgment for failure to comply with Orders requiring disclosure and cooperation with discovery; and the motion having been referred by this Court pursuant to L. Civ. R. 72.1(a)(2) and Fed. R. Civ. P. 72(b) to United States Magistrate G. Donald Haneke; and Magistrate Haneke having filed a Report and Recommendation on March 22, 2005; and no objections to the Report and Recommendation having been received from the parties; and the Court having undertaken an independent review of the file; and for good cause shown,

    It is on this 20TH day of April, 2005,

    **ORDERED** that the Report and Recommendation be, and it hereby is, adopted as the opinion of this Court; and it is further

**ORDERED** that plain defendant's answer is hereby striken and judgment is hereby entered in favor of plaintiff and against defendant for the liquidated sum set forth in the Complaint: $103,753.52 plus post-judgment interest and costs.

JOHN W. BISSELL
Chief Judge
United States District Court